IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CURT MARQUAIN LOCKETT,**

    **Plaintiff,**

v.                                            **CASE NO. 5:13-cv-371-RS-GRJ**

**JOHN DOE, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 53). I have reviewed the report and recommendation *de novo*. I have also reviewed Plaintiff's Objections (Doc. 57). Objection #1 again make only vague claims about retaliation and interception that do not appear to be alleged in the original complaint, and the remaining objections do not refute the Magistrate Judge's well-reasoned conclusion that none of Plaintiff's arguments excuse his failure to exhaust administrative remedies regarding his claim of inadequate medical care.

**IT IS ORDERED:**

    1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Defendants' Motion to Dismiss (Doc. 40) is **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies before filing suit.

3. The Clerk is directed to close this case.

**ORDERED** on March 5, 2015.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
